- 1 -

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESSENCE TAYLOR and DANIEL CASHMAN *on behalf of themselves and all other employees similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> DELTA-SONIC CAR WASH SYSTEMS, INC., and RONALD BENDERSON, <br><br> Defendants. | **APPENDIX TO DEFENDANTS' LOCAL RULE 56 SEPARATE STATEMENT OF MATERIAL FACTS** <br><br> Civil Action No. 6:14-cv-06698-MAT-JWF |

Pursuant to Local Rule 56, Defendants hereby submit the following Appendix to their Separate Statement of Material Facts:

1. A true and correct copy of the Declaration of Brian Evers, along with Exhibits A-M thereto, is attached as **Exhibit 1.**

2. A true and correct copy of excerpts from the Deposition of Daniel Cashman is attached as **Exhibit 2**.

3. A true and correct copy of excerpts from the Deposition of Essence Taylor is attached as **Exhibit 3**.

4. A true and correct copy of the Declaration of Rebecca Clinkhammer, along with Exhibits A-B thereto, is attached as **Exhibit 4.**

5. A true and correct copy of the Declaration of Courtney Cavalier, along with Exhibits A-B thereto, is attached as **Exhibit 5**.

6. A true and correct copy of the Declaration of Jaimie Shapiro, along with Exhibits A-B thereto, is attached as **Exhibit 6**.

- 1 -

7.  A true and correct copy of the Declaration of Maria Zahos, along with Exhibits A-B thereto, is attached as **Exhibit 7**.

8.  A true and correct copy of the Declaration of Chuck Swiderski is attached as **Exhibit 8**.

9.  A true and correct copy of the Declaration of Ray Lopez, along with Exhibit A thereto, is attached as **Exhibit 9**.

10. A true and correct copy of the Declaration of Matt Williams, along with Exhibit A thereto, is attached as **Exhibit 10**.

11. A true and correct copy of the Declaration of Lori Murrell, along with Exhibit A thereto, is attached as **Exhibit 11**.

12. A true and correct copy of the Declaration of Mike Griffin is attached as **Exhibit 12**.

DATED this 14th day of July, 2015.

STEPTOE & JOHNSON LLP

By  s/ Douglas D. Janicik
    Steven D. Wheeless
    Lawrence Allen Katz
    Douglas D. Janicik
    Erin Norris Bass
    *All Admitted Pro Hac Vice*
    201 E. Washington St., Suite 1600
    Phoenix, AZ 85004
    (602) 257-5211
    djanicik@steptoe.com

BOND SCHOENECK & KING

    Sharon Porcellio
    Key Center
    40 Fountain Plaza, Suite 600
    Buffalo, NY 14202-2200

Attorneys for Defendants