# EXHIBIT G

| Employee Number | Employee Name (Last Suffix, First MI) | Job Code | Org Level 2 Code | Period Control Date | Gross - Tips | Reg hrs worked | Avg Pay Rate | Min Wage Rate | Variance |
|---|---|---|---|---|---|---|---|---|---|
| 000003681 | Taylor, Essence C. | 212 | 1815 | 12/19/2008 | 195.89 | 24.15 | 8.11 | 7.15 | -0.96 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 12/26/2008 | 187.22 | 24.56 | 7.62 | 7.15 | -0.47 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 01/02/2009 | 114.67 | 12.96 | 8.85 | 7.15 | -1.70 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 01/09/2009 | 129.55 | 17.95 | 7.22 | 7.15 | -0.07 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 01/16/2009 | 141.59 | 15.43 | 9.18 | 7.15 | -2.03 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 01/23/2009 | 163.57 | 18.19 | 8.99 | 7.15 | -1.84 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 01/30/2009 | 126.06 | 15.26 | 8.26 | 7.15 | -1.11 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 02/06/2009 | 193.16 | 24.21 | 7.98 | 7.15 | -0.83 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 02/13/2009 | 221.73 | 24.50 | 9.05 | 7.15 | -1.90 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 02/20/2009 | 165.73 | 18.79 | 8.82 | 7.15 | -1.67 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 02/27/2009 | 117.13 | 14.77 | 7.93 | 7.15 | -0.78 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 03/06/2009 | 209.65 | 22.86 | 9.17 | 7.15 | -2.02 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 03/13/2009 | 225.06 | 24.67 | 9.12 | 7.15 | -1.97 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 03/20/2009 | 130.74 | 14.67 | 8.91 | 7.15 | -1.76 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 03/27/2009 | 252.67 | 27.33 | 9.25 | 7.15 | -2.10 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 04/03/2009 | 269.21 | 28.62 | 9.41 | 7.15 | -2.26 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 04/10/2009 | 226.64 | 23.97 | 9.46 | 7.15 | -2.31 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 04/17/2009 | 220.64 | 25.82 | 8.55 | 7.15 | -1.40 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 04/24/2009 | 206.03 | 20.61 | 10.00 | 7.15 | -2.85 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 05/01/2009 | 69.78 | 9.17 | 7.61 | 7.15 | -0.46 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 05/08/2009 | 182.97 | 22.50 | 8.13 | 7.15 | -0.98 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 05/15/2009 | 185.47 | 21.00 | 8.83 | 7.15 | -1.68 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 05/22/2009 | 128.08 | 16.28 | 7.87 | 7.15 | -0.72 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 05/29/2009 | 172.01 | 20.65 | 8.33 | 7.15 | -1.18 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 06/05/2009 | 122.55 | 15.90 | 7.71 | 7.15 | -0.56 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 06/12/2009 | 58.52 | 7.65 | 7.65 | 7.15 | -0.50 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 06/19/2009 | 63.55 | 7.65 | 8.31 | 7.15 | -1.16 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 06/26/2009 | 98.80 | 13.00 | 7.60 | 7.15 | -0.45 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 07/03/2009 | 284.89 | 35.24 | 8.08 | 7.15 | -0.93 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 07/10/2009 | 401.24 | 38.20 | 10.50 | 7.15 | -3.35 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 07/17/2009 | 246.59 | 31.64 | 7.79 | 7.15 | -0.64 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 07/24/2009 | 201.25 | 21.42 | 9.40 | 7.25 | -2.15 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 07/31/2009 | 253.63 | 28.11 | 9.02 | 7.25 | -1.77 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 08/07/2009 | 339.13 | 32.02 | 10.59 | 7.25 | -3.34 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 08/14/2009 | 192.54 | 21.83 | 8.82 | 7.25 | -1.57 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 08/21/2009 | 300.88 | 34.95 | 8.61 | 7.25 | -1.36 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 08/28/2009 | 285.79 | 33.56 | 8.52 | 7.25 | -1.27 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 09/04/2009 | 338.54 | 39.29 | 8.62 | 7.25 | -1.37 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 09/11/2009 | 338.61 | 40.70 | 8.32 | 7.25 | -1.07 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 000003681 | Taylor, Essence C. | 212 | 1815 | 09/18/2009 | 273.91 | 28.87 | 9.49 | 7.25 | -2.24 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 09/25/2009 | 296.26 | 35.20 | 8.42 | 7.25 | -1.17 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 10/02/2009 | 299.01 | 35.26 | 8.48 | 7.25 | -1.23 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 10/09/2009 | 269.75 | 31.90 | 8.46 | 7.25 | -1.21 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 10/16/2009 | 312.67 | 35.43 | 8.83 | 7.25 | -1.58 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 10/23/2009 | 243.30 | 26.83 | 9.07 | 7.25 | -1.82 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 10/30/2009 | 299.01 | 35.10 | 8.52 | 7.25 | -1.27 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 11/06/2009 | 315.57 | 37.30 | 8.46 | 7.25 | -1.21 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 11/13/2009 | 294.97 | 36.20 | 8.15 | 7.25 | -0.90 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 11/20/2009 | 376.38 | 36.77 | 10.24 | 7.25 | -2.99 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 11/27/2009 | 286.54 | 33.37 | 8.59 | 7.25 | -1.34 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 12/04/2009 | 285.74 | 34.88 | 8.19 | 7.25 | -0.94 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 12/11/2009 | 207.40 | 25.15 | 8.25 | 7.25 | -1.00 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 12/18/2009 | 233.68 | 28.03 | 8.34 | 7.25 | -1.09 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 12/24/2009 | 348.40 | 33.47 | 10.41 | 7.25 | -3.16 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 12/31/2009 | 346.65 | 32.05 | 10.82 | 7.25 | -3.57 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 01/08/2010 | 284.85 | 32.60 | 8.74 | 7.25 | -1.49 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 01/15/2010 | 284.98 | 33.81 | 8.43 | 7.25 | -1.18 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 01/22/2010 | 289.04 | 37.47 | 7.71 | 7.25 | -0.46 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 01/29/2010 | 289.29 | 35.28 | 8.20 | 7.25 | -0.95 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 02/05/2010 | 304.13 | 33.77 | 9.01 | 7.25 | -1.76 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 02/12/2010 | 290.32 | 31.65 | 9.17 | 7.25 | -1.92 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 02/19/2010 | 291.94 | 31.37 | 9.31 | 7.25 | -2.06 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 02/26/2010 | 304.80 | 33.25 | 9.17 | 7.25 | -1.92 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 03/05/2010 | 287.38 | 32.58 | 8.82 | 7.25 | -1.57 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 03/12/2010 | 316.10 | 36.05 | 8.77 | 7.25 | -1.52 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 03/19/2010 | 262.29 | 27.37 | 9.58 | 7.25 | -2.33 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 03/26/2010 | 312.87 | 35.33 | 8.86 | 7.25 | -1.61 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 04/02/2010 | 311.13 | 33.98 | 9.16 | 7.25 | -1.91 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 04/09/2010 | 272.33 | 28.95 | 9.41 | 7.25 | -2.16 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 04/16/2010 | 284.82 | 29.28 | 9.73 | 7.25 | -2.48 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 04/23/2010 | 343.03 | 36.62 | 9.37 | 7.25 | -2.12 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 05/07/2010 | 344.70 | 36.82 | 9.36 | 7.25 | -2.11 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 05/14/2010 | 291.24 | 30.68 | 9.49 | 7.25 | -2.24 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 05/21/2010 | 285.13 | 28.17 | 10.12 | 7.25 | -2.87 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 05/28/2010 | 256.24 | 26.27 | 9.75 | 7.25 | -2.50 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 06/04/2010 | 86.17 | 7.68 | 11.22 | 7.25 | -3.97 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 06/11/2010 | 112.12 | 8.18 | 13.71 | 7.25 | -6.46 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 06/18/2010 | 60.68 | 6.07 | 10.00 | 7.25 | -2.75 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 06/25/2010 | 71.99 | 7.38 | 9.75 | 7.25 | -2.50 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 000003681 | Taylor, Essence C. | 212 | 1815 | 08/06/2010 | 36.11 | 4.35 | 8.30 | 7.25 | -1.05 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 08/13/2010 | 66.37 | 7.05 | 9.41 | 7.25 | -2.16 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 08/20/2010 | 36.97 | 4.87 | 7.59 | 7.25 | -0.34 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 09/17/2010 | 81.16 | 11.13 | 7.29 | 7.25 | -0.04 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 09/24/2010 | 20.90 | 3.80 | 5.50 | 7.25 | 1.75 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 10/01/2010 | 92.70 | 13.10 | 7.08 | 7.25 | 0.17 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 10/08/2010 | 97.45 | 11.98 | 8.13 | 7.25 | -0.88 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 10/15/2010 | 26.20 | 3.47 | 7.55 | 7.25 | -0.30 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 10/22/2010 | 75.19 | 9.70 | 7.75 | 7.25 | -0.50 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 10/29/2010 | 131.15 | 16.30 | 8.05 | 7.25 | -0.80 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 11/05/2010 | 48.47 | 5.97 | 8.12 | 7.25 | -0.87 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 11/12/2010 | 80.87 | 10.60 | 7.63 | 7.25 | -0.38 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 11/19/2010 | 87.82 | 11.22 | 7.83 | 7.25 | -0.58 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 11/26/2010 | 78.91 | 10.30 | 7.66 | 7.25 | -0.41 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 12/03/2010 | 85.20 | 11.00 | 7.75 | 7.25 | -0.50 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 12/10/2010 | 212.79 | 24.90 | 8.55 | 7.25 | -1.30 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 12/17/2010 | 92.08 | 10.22 | 9.01 | 7.25 | -1.76 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 12/24/2010 | 123.15 | 15.00 | 8.21 | 7.25 | -0.96 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 12/31/2010 | 230.79 | 28.29 | 8.16 | 7.25 | -0.91 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 01/07/2011 | 227.12 | 30.05 | 7.56 | 7.25 | -0.31 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 01/14/2011 | 172.04 | 20.90 | 8.23 | 7.25 | -0.98 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 01/21/2011 | 68.87 | 8.60 | 8.01 | 7.25 | -0.76 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 01/28/2011 | 261.61 | 29.16 | 8.97 | 7.25 | -1.71 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 02/04/2011 | 204.03 | 24.70 | 8.26 | 7.25 | -1.01 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 02/11/2011 | 268.17 | 31.02 | 8.65 | 7.25 | -1.40 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 02/18/2011 | 239.06 | 31.54 | 7.58 | 7.25 | -0.33 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 02/25/2011 | 281.11 | 31.83 | 8.83 | 7.25 | -1.58 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 03/04/2011 | 346.17 | 40.00 | 8.65 | 7.25 | -1.40 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 03/11/2011 | 141.17 | 17.57 | 8.03 | 7.25 | -0.78 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 03/18/2011 | 95.33 | 10.75 | 8.87 | 7.25 | -1.62 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 03/25/2011 | 255.53 | 31.22 | 8.18 | 7.25 | -0.93 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 04/01/2011 | 170.64 | 19.77 | 8.63 | 7.25 | -1.38 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 04/08/2011 | 250.32 | 31.61 | 7.92 | 7.25 | -0.68 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 04/15/2011 | 118.88 | 13.87 | 8.57 | 7.25 | -1.32 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 04/22/2011 | 142.20 | 19.31 | 7.36 | 7.25 | -0.11 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 04/29/2011 | 171.20 | 19.87 | 8.62 | 7.25 | -1.37 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 05/06/2011 | 157.66 | 17.75 | 8.88 | 7.25 | -1.63 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 05/13/2011 | 145.73 | 18.22 | 8.00 | 7.25 | -0.75 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 05/20/2011 | 237.19 | 29.44 | 8.06 | 7.25 | -0.81 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 05/27/2011 | 108.31 | 13.68 | 7.92 | 7.25 | -0.67 |

| ID | Name | Col3 | Col4 | Date | Val1 | Val2 | Val3 | Val4 |
|---|---|---|---|---|---|---|---|---|
| 000003681 | Taylor, Essence C. | 212 | 1815 | 06/03/2011 | 186.68 | 24.28 | 7.69 | 7.25 | -0.44 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 06/10/2011 | 140.01 | 21.30 | 6.57 | 7.25 | 0.68 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 06/17/2011 | 143.40 | 18.91 | 7.58 | 7.25 | -0.33 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 06/24/2011 | 259.05 | 32.00 | 8.10 | 7.25 | -0.85 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 07/01/2011 | 172.96 | 23.73 | 7.29 | 7.25 | -0.04 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 07/08/2011 | 196.11 | 29.10 | 6.74 | 7.25 | 0.51 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 07/15/2011 | 117.80 | 13.46 | 8.75 | 7.25 | -1.50 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 07/22/2011 | 187.36 | 22.05 | 8.50 | 7.25 | -1.25 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 07/29/2011 | 240.01 | 27.43 | 8.75 | 7.25 | -1.50 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 08/05/2011 | 322.93 | 34.88 | 9.26 | 7.25 | -2.01 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 08/12/2011 | 310.41 | 34.37 | 9.03 | 7.25 | -1.78 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 08/19/2011 | 311.13 | 34.98 | 8.89 | 7.25 | -1.64 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 08/26/2011 | 277.69 | 32.93 | 8.43 | 7.25 | -1.18 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 09/02/2011 | 308.12 | 34.09 | 9.04 | 7.25 | -1.79 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 09/09/2011 | 230.80 | 26.97 | 8.56 | 7.25 | -1.31 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 09/16/2011 | 176.28 | 19.63 | 8.98 | 7.25 | -1.73 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 09/23/2011 | 257.53 | 28.35 | 9.08 | 7.25 | -1.83 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 09/30/2011 | 233.36 | 27.42 | 8.51 | 7.25 | -1.26 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 10/07/2011 | 228.27 | 27.32 | 8.36 | 7.25 | -1.11 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 10/14/2011 | 179.66 | 20.50 | 8.76 | 7.25 | -1.51 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 10/21/2011 | 241.94 | 27.18 | 8.90 | 7.25 | -1.65 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 10/28/2011 | 241.67 | 26.88 | 8.99 | 7.25 | -1.74 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 11/04/2011 | 251.53 | 27.23 | 9.24 | 7.25 | -1.99 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 11/10/2011 | 199.94 | 20.43 | 9.79 | 7.25 | -2.54 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 11/18/2011 | 274.90 | 28.03 | 9.81 | 7.25 | -2.56 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 11/25/2011 | 260.67 | 26.78 | 9.73 | 7.25 | -2.48 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 12/02/2011 | 255.06 | 27.38 | 9.32 | 7.25 | -2.07 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 12/09/2011 | 273.74 | 27.35 | 10.01 | 7.25 | -2.76 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 12/16/2011 | 288.98 | 27.18 | 10.63 | 7.25 | -3.38 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 12/23/2011 | 287.91 | 29.03 | 9.92 | 7.25 | -2.67 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 12/30/2011 | 315.70 | 28.67 | 11.01 | 7.25 | -3.76 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 01/06/2012 | 275.07 | 26.20 | 10.50 | 7.25 | -3.25 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 01/13/2012 | 205.66 | 20.28 | 10.14 | 7.25 | -2.89 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 01/20/2012 | 144.73 | 13.47 | 10.74 | 7.25 | -3.49 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 01/27/2012 | 181.83 | 19.64 | 9.26 | 7.25 | -2.01 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 02/03/2012 | 281.76 | 28.17 | 10.00 | 7.25 | -2.75 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 02/10/2012 | 255.90 | 27.20 | 9.41 | 7.25 | -2.16 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 02/17/2012 | 231.27 | 20.80 | 11.12 | 7.25 | -3.87 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 02/24/2012 | 201.82 | 20.43 | 9.88 | 7.25 | -2.63 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 03/02/2012 | 128.76 | 13.25 | 9.72 | 7.25 | -2.47 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 000003681 | Taylor, Essence C. | 212 | 1815 | 03/09/2012 | 187.72 | 18.08 | 10.38 | 7.25 | -3.13 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 03/16/2012 | 253.51 | 27.70 | 9.15 | 7.25 | -1.90 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 03/23/2012 | 150.66 | 12.82 | 11.75 | 7.25 | -4.50 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 03/30/2012 | 287.14 | 26.60 | 10.79 | 7.25 | -3.54 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 04/06/2012 | 251.24 | 24.75 | 10.15 | 7.25 | -2.90 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 04/13/2012 | 142.32 | 13.90 | 10.24 | 7.25 | -2.99 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 04/20/2012 | 249.16 | 20.20 | 12.33 | 7.25 | -5.08 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 04/27/2012 | 272.85 | 28.00 | 9.74 | 7.25 | -2.49 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 05/04/2012 | 218.17 | 22.60 | 9.65 | 7.25 | -2.40 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 05/11/2012 | 151.22 | 12.53 | 12.07 | 7.25 | -4.82 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 05/18/2012 | 141.96 | 13.05 | 10.88 | 7.25 | -3.63 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 05/25/2012 | 211.96 | 24.56 | 8.63 | 7.25 | -1.38 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 06/01/2012 | 173.49 | 19.79 | 8.77 | 7.25 | -1.52 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 06/08/2012 | 86.77 | 11.09 | 7.82 | 7.25 | -0.57 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 06/15/2012 | 164.21 | 19.75 | 8.31 | 7.25 | -1.06 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 06/22/2012 | 128.18 | 18.30 | 7.00 | 7.25 | 0.25 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 06/29/2012 | 175.97 | 20.63 | 8.53 | 7.25 | -1.28 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 07/06/2012 | 254.70 | 23.11 | 11.02 | 7.25 | -3.77 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 07/13/2012 | 289.66 | 33.42 | 8.67 | 7.25 | -1.45 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 07/20/2012 | 270.76 | 31.74 | 8.53 | 7.25 | -1.28 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 07/27/2012 | 278.34 | 31.70 | 8.78 | 7.25 | -1.53 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 08/03/2012 | 232.66 | 25.68 | 9.06 | 7.25 | -1.81 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 08/10/2012 | 166.42 | 20.80 | 8.00 | 7.25 | -0.75 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 08/17/2012 | 88.69 | 10.15 | 8.74 | 7.25 | -1.49 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 08/31/2012 | 40.66 | 5.90 | 6.89 | 7.25 | 0.36 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 10/12/2012 | 19.40 | 2.84 | 6.83 | 7.25 | 0.42 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 11/02/2012 | 64.48 | 10.28 | 6.27 | 7.25 | 0.98 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 01/11/2013 | 40.78 | 5.68 | 7.18 | 7.25 | 0.07 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 01/18/2013 | 68.01 | 10.69 | 6.36 | 7.25 | 0.89 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 01/25/2013 | 31.24 | 4.63 | 6.75 | 7.25 | 0.51 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 02/01/2013 | 44.25 | 5.74 | 7.71 | 7.25 | -0.46 |
| 000003681 | Taylor, Essence C. | 212 | 1815 | 02/08/2013 | 41.09 | 6.37 | 6.45 | 7.25 | 0.80 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 12/20/2013 | 176.84 | 25.30 | 6.99 | 7.25 | 0.26 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 12/27/2013 | 55.58 | 7.86 | 7.07 | 7.25 | 0.18 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 01/03/2014 | 48.01 | 7.56 | 6.35 | 8 | 1.65 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 01/10/2014 | 193.97 | 26.82 | 7.23 | 8 | 0.77 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 01/17/2014 | 209.67 | 28.75 | 7.29 | 8 | 0.71 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 01/24/2014 | 197.28 | 27.57 | 7.16 | 8 | 0.84 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 01/31/2014 | 123.03 | 15.75 | 7.81 | 8 | 0.19 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 02/07/2014 | 132.93 | 18.22 | 7.30 | 8 | 0.70 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 02/14/2014 | 196.06 | 26.60 | 7.37 | 8 | 0.63 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 02/21/2014 | 179.36 | 24.89 | 7.21 | 8 | 0.79 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 02/28/2014 | 201.85 | 22.21 | 9.09 | 8 | -1.09 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 03/07/2014 | 195.75 | 25.96 | 7.54 | 8 | 0.46 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 03/14/2014 | 254.63 | 30.42 | 8.37 | 8 | -0.37 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 03/21/2014 | 278.49 | 37.81 | 7.37 | 8 | 0.63 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 03/28/2014 | 135.52 | 16.51 | 8.21 | 8 | -0.21 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 04/04/2014 | 173.67 | 23.93 | 7.26 | 8 | 0.74 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 04/11/2014 | 123.61 | 15.74 | 7.85 | 8 | 0.15 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 04/18/2014 | 105.25 | 12.62 | 8.34 | 8 | -0.34 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 04/25/2014 | 126.83 | 18.58 | 6.83 | 8 | 1.17 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 05/02/2014 | 13.99 | 2.11 | 6.63 | 8 | 1.37 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 05/09/2014 | 310.45 | 35.52 | 8.74 | 8 | -0.74 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 05/16/2014 | 459.76 | 37.25 | 12.34 | 8 | -4.34 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 05/23/2014 | 205.82 | 15.51 | 13.27 | 8 | -5.27 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 05/30/2014 | 296.07 | 32.74 | 9.04 | 8 | -1.04 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 06/06/2014 | 207.14 | 21.68 | 9.55 | 8 | -1.55 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 06/13/2014 | 203.82 | 24.66 | 8.27 | 8 | -0.27 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 06/20/2014 | 68.17 | 7.32 | 9.31 | 8 | -1.31 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 06/27/2014 | 63.76 | 7.97 | 8.00 | 8 | 0.00 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 07/03/2014 | 91.92 | 11.32 | 8.12 | 8 | -0.12 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 07/11/2014 | 102.69 | 13.01 | 7.89 | 8 | 0.11 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 07/18/2014 | 104.14 | 11.55 | 9.02 | 8 | -1.02 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 07/25/2014 | 99.03 | 13.54 | 7.31 | 8 | 0.69 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 08/01/2014 | 154.57 | 17.55 | 8.81 | 8 | -0.81 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 08/15/2014 | 77.26 | 10.25 | 7.54 | 8 | 0.46 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 08/22/2014 | 12.70 | 2.10 | 6.05 | 8 | 1.95 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 11/07/2014 | 61.53 | 8.25 | 7.46 | 8 | 0.54 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 11/14/2014 | 139.87 | 19.74 | 7.09 | 8 | 0.91 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 11/21/2014 | 81.48 | 11.42 | 7.13 | 8 | 0.87 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 11/28/2014 | 13.28 | 1.61 | 8.25 | 8 | -0.25 |
| 000033004 | Cashman, Daniel J. | 110 | 1812 | 12/05/2014 | 15.49 | 1.77 | 8.75 | 8 | -0.75 |

# EXHIBIT H





DS0007281
Confidential

# FEDERAL LABOR

## EMPLOYEE RIGHTS
### EMPLOYEE POLYGRAPH PROTECTION ACT

THE UNITED STATES DEPARTMENT OF LABOR WAGE AND HOUR DIVISION

The Employee Polygraph Protection Act prohibits most private employers from using lie detector tests either for pre-employment screening or during the course of employment.

**PROHIBITIONS**
Employers are generally prohibited from requiring or requesting any employee or job applicant to take a lie detector test, and from discharging, disciplining, or discriminating against an employee or prospective employee for refusing to take a test or for exercising other rights under the Act.

**EXEMPTIONS**
Federal, State and local governments are not affected by the law. Also, the law does not apply to tests given by the Federal Government to certain private individuals engaged in national security-related activities.

The Act also permits polygraph testing, subject to restrictions, of certain employees of private firms who are reasonably suspected of involvement in a workplace incident (theft, embezzlement, etc.) that resulted in economic loss to the employer.

The law does not preempt any provision of any State or local law or any collective bargaining agreement which is more restrictive with respect to lie detector tests.

**EXAMINEE RIGHTS**
Where polygraph tests are permitted, they are subject to numerous strict standards concerning the conduct and length of the test. Examinees have a number of specific rights, including the right to a written notice before testing, the right to refuse or discontinue a test, and the right not to have test results disclosed to unauthorized persons.

**ENFORCEMENT**
The Secretary of Labor may bring court actions to restrain violations and assess civil penalties up to $10,000 against violators. Employees or job applicants may also bring their own court actions.

THE LAW REQUIRES EMPLOYERS TO DISPLAY THIS POSTER WHERE EMPLOYEES AND JOB APPLICANTS CAN READILY SEE IT.

For additional information:
**1-866-487-9243**
TTY: 1-877-889-5627
**WWW.WAGEHOUR.DOL.GOV**

*Scan your QR phone reader to learn more about the Employee Polygraph Protection Act.*

U.S. Department of Labor | Wage and Hour Division

## EMPLOYEE RIGHTS
### UNDER THE FAIR LABOR STANDARDS ACT

THE UNITED STATES DEPARTMENT OF LABOR WAGE AND HOUR DIVISION

### FEDERAL MINIMUM WAGE $7.25 PER HOUR
BEGINNING JULY 24, 2009

**OVERTIME PAY**
At least 1 1/2 times your regular rate of pay for all hours worked over 40 in a workweek.

**CHILD LABOR**
An employee must be at least 16 years old to work in most non-farm jobs and at least 18 to work in non-farm jobs declared hazardous by the Secretary of Labor.

Youths 14 and 15 years old may work outside school hours in various non-manufacturing, non-mining, non-hazardous jobs under the following conditions:

*No more than*
- 3 hours on a school day or 18 hours in a school week;
- 8 hours on a non-school day or 40 hours in a non-school week.

Also, work may not begin before 7 a.m. or end after 7 p.m., except from June 1 through Labor Day, when evening hours are extended to 9 p.m. Different rules apply in agricultural employment.

**TIP CREDIT**
Employers of "tipped employees" must pay a cash wage of at least $2.13 per hour if they claim a tip credit against their minimum wage obligation. If an employee's cash tips combined with the employer's cash wage of at least $2.13 per hour do not equal the minimum hourly wage, the employer must make up the difference. Certain other conditions must also be met.

**ENFORCEMENT**
The Department of Labor may recover back wages either administratively or through court action, for the employees that have been underpaid in violation of the law. Violations may result in civil or criminal action.

Employers may be assessed civil money penalties of up to $1,100 for each willful or repeated violation of the minimum wage or overtime pay provisions of the law and up to $11,000 for each employee who is the subject of a violation of the Act's child labor provisions. In addition, a civil money penalty of up to $50,000 may be assessed for each child labor violation that causes the death or serious injury of any minor employee, and such assessments may be doubled, up to $100,000, when the violations are determined to be willful or repeated. The law also prohibits discriminating against or discharging workers who file a complaint or participate in any proceeding under the Act.

**ADDITIONAL INFORMATION**
- Certain occupations and establishments are exempt from the minimum wage and/or overtime pay provisions.
- Special provisions apply to workers in American Samoa and the Commonwealth of the Northern Mariana Islands.
- Some state laws provide greater employee protections; employers must comply with both.
- The law requires employers to display this poster where employees can readily see it.
- Employees under 20 years of age may be paid $4.25 per hour during their first 90 consecutive calendar days of employment with an employer.
- Certain full-time students, student learners, apprentices, and workers with disabilities may be paid less than the minimum wage under special certificates issued by the Department of Labor.

For additional information:
**1-866-4-USWAGE** **WWW.WAGEHOUR.DOL.GOV**
(1-866-487-9243)    TTY: 1-877-889-5627

U.S. Department of Labor   Revised July 2009

An employee must be at least 16 years old to work in most non-farm jobs and at least 18 to work in non-farm jobs declared hazardous by the Secretary of Labor.

Youths 14 and 15 years old may work outside school hours in various non-manufacturing, non-mining, non-hazardous jobs under the following conditions:

*No more than*

- 3 hours on a school day or 18 hours in a school week;
- 8 hours on a non-school day or 40 hours in a non-school week.

Also, work may not begin before 7 a.m. or end after 7 p.m., except from June 1 through Labor Day, when evening hours are extended to 9 p.m. Different rules apply in agricultural employment.

## TIP CREDIT

Employers of "tipped employees" must pay a cash wage of at least $2.13 per hour if they claim a tip credit against their minimum wage obligation. If an employee's tips combined with the employer's cash wage of at least $2.13 per hour do not equal the minimum hourly wage, the employer must make up the difference. Certain other conditions must also be met.

may result in civil or criminal action.

Employers may be assessed civil money penalties of $1,100 for each willful or repeated violation of the minimum wage or overtime pay provisions of the law up to $11,000 for each employee who is the subject of a violation of the Act's child labor provisions. In addition, a civil money penalty of up to $50,000 may be assessed for each child labor violation that causes the death or serious injury of any minor employee, and such assessments may be doubled, up to $100,000, when the violations are determined to be willful or repeated. The law also prohibits discriminating against or discharging workers who file a complaint or participate in any proceeding under the Act.

## ADDITIONAL INFORMATION

- Certain occupations and establishments are exempt from the minimum wage and/or overtime pay.
- Special provisions apply to workers in American Samoa and the Commonwealth of the Northern Mariana Islands.
- Some state laws provide greater employee protections; employers must comply with both.
- The law requires employers to display this poster where employees can readily see it.
- Employees under 20 years of age may be paid $4.25 per hour during their first 90 consecutive calendar days of employment with an employer.
- Certain full-time students, student learners, apprentices, and workers with disabilities may be paid less than the minimum wage under special certificates issued by the Department of Labor.

DS0007280

Confidential





# NEW YORK

**New York State Department of Labor**
Worker Protection
Division of Labor Standards

## PERMITTED WORKING HOURS FOR MINORS UNDER 18 YEARS OF AGE

The following chart is a summary of the permitted working hours provisions of the New York State Labor Law relating to minors less than 18 years of age.

| AGE OF MINOR (GIRLS AND BOYS) | INDUSTRY OR OCCUPATION | MAXIMUM DAILY HOURS | MAXIMUM WEEKLY HOURS | MAXIMUM DAYS PER WEEK | PERMITTED HOURS |
|---|---|---|---|---|---|
| **MINORS ATTENDING SCHOOL** When School is in Session 14 and 15 | All occupations except farm work, newspaper carrier and street trades | 3 hours on school days 8 hours on other days | 18[1] | 6 | 7 AM to 7 PM |
| When School is Not in Session (Vacation) 14 and 15 | All occupations except farm work, newspaper carrier and street trades | 8 hours | 40 | 6 | 7 AM to 9 PM June 21 to Labor Day 6 AM to 10 PM[2] |
| 16 and 17 | All occupations except farm work, newspaper carrier and street trades | 4 hours on days preceding school days (i.e., Mon., Tues., Weds., Thurs.)[3] 8 hours on Fri., Sat., Sun. and Holidays[4] | 28[4] | 6 | 7 AM to 10 PM[5] 6 AM to Midnight[6] |
| **MINORS NOT ATTENDING SCHOOL** 16 and 17 | All occupations except farm work, newspaper carrier and street trades | 8 hours | 48[4] | 6 | 6 AM to Midnight[4] |
| **FARM WORK** 12 and 13 | Hand harvest of berries, fruits and vegetables | 4 hours | 48[4] | 6 | 7 AM to 7 PM June 21 to Labor Day 9 AM to 4 PM after Labor Day to June 20 |
| 14 and older | Any farm work | | — | — | |
| **NEWSPAPER CARRIERS** 11 to 18 | Delivers, or sells and delivers newspapers, shopping papers or periodicals to homes or businesses | 4 hours on school days 5 hours on other days | — | — | 5 AM to 7 PM or 30 minutes prior to Sunset, whichever is later |
| **STREET TRADES** 14 to 18 | Self-employed work in public places selling newspapers or work as a bootblack | 4 hours on school days 5 hours on other days | — | — | 6 AM to 7 PM |

[1] Students 14 and 15 enrolled in an approved work/study program may work 3 hours on a school day, 23 hours in any one-week when school is in session.

[2] Students 14 and 15 enrolled in an approved Cooperative Education Program may work up to 6 hours on a day preceding a school day Sunday thru Thursday when school is in session, as long as the hours are in conjunction with the Program.

[3]...midnight...parental and educational authorizing consent on day preceding a school day and until...

[4] ...hours of Restaurant must...

### ADDITIONAL CHILD LABOR LAW INFORMATION

**THIS NOTICE REGARDING MINORS UNDER 18 YEARS OF AGE MUST BE POSTED IN THE ESTABLISHMENT**

• An Employment Certificate (Working Paper) is required for all minors under 18 years of age who are employed.

• There are numerous prohibited occupations for minors in New York State. Contact any of the offices listed below for further information.

• Civil penalties for violations of Child Labor Laws are:
First Violation – maximum $1,000[*]
Second Violation – maximum $2,000[*]
Third or Subsequent Violation – maximum $3,000[*]

[*] If a minor is seriously injured or dies while illegally employed, the penalty is treble the maximum penalty allowable under the law

Section 14A of the Workers' Compensation Law provides double compensation and death benefits for minors illegally employed.

Inquiries concerning these laws and other provisions of the New York State Labor Law may be addressed to the Department of Labor, at one of the offices of the Division of Labor Standards listed below:

| CITY | ADDRESS | ZIP CODE | TELEPHONE |
|---|---|---|---|
| Albany | State Office Building Campus | 12240 | (518) 457-2730 |
| Binghamton (Subdistrict) | 44 Hawley Street | 13901 | (607) 721-8014 |
| Buffalo | 65 Court Street | 14202 | (716) 847-7141 |
| Garden City | 400 Oak Street | 11530 | (516) 794-8195 |
| New York City | 75 Varick Street, 7th Floor | | (212) 775-3880 |
| | 109 S. Union Street | | (585) 258-4550 |

---

Post Conspicuously
**New York State Department Of Labor**
## ATTENTION EMPLOYEES
(ATENCIÓN EMPLEADOS)
**MINIMUM WAGE INFORMATION**
(INFORMACION SOBRE EL SALARIO MINIMO)

**Effective 12/31/14** — **$8.75 per hour** Basic Hourly Rate
**A partir 31/12/14** — **$8.75 por hora** Salario Mínimo

**Overtime Rate**
For most occupations, employees must be paid overtime after 40 hours of work in a week, at 1½ times their hourly rate of pay. For residential employees, the overtime rate applies after 44 hours.

**Tips**
A specified allowance may be credited toward the minimum wage for tips earned.

**Meals and Lodging**
A specific credit may be granted toward the minimum wage for meals and/or lodging provided by the employer.

**Federal Law**
Employees covered under the federal Fair Labor Standards Act must be paid in accordance with State law and also in accordance with higher federal requirements, where applicable.

**Other Wage Requirements**
A specific amount must be paid, in addition to the minimum wage, for the maintenance of required uniforms.

There are provisions for other supplemental wages in New York State Industry wage orders. These may include a part-time rate, daily call-in pay and a rate for split shift or spread of hours. Whether a particular supplemental wage applies depends on the provisions of the industry wage order covering the employment.

**For additional information or to file a complaint**
Write or call the Department of Labor, Division of Labor Standards at one of the offices listed below:

**Pago por horas extras**
En la mayoría de puestos laborales, los empleados deben recibir una paga de tiempo y medio de la tarifa regular por hora cuando las horas trabajadas exceden las 40 horas semanales. Los empleados que residen en el sitio de trabajo, deben recibir una paga de tiempo y medio de su tarifa regular por hora en exceso de 44 horas semanales.

**Propinas**
Se puede acreditar al salario mínimo una cantidad específica por las propinas ganadas.

**Comidas y Alojamiento**
Se puede acreditar una cantidad específica al salario mínimo por comidas y/o alojamiento provistos por el empleador.

**Ley Federal**
Los empleados protegidos por la Ley Federal de Normas Equitativas del Trabajo (Federal Fair Labor Standards Act) deben ganar salarios según lo estipulan las leyes estatales y de acuerdo con los requisitos superiores federales, según convenga.

**Otros requisitos salariales**
Se debe pagar una cantidad específica, además del salario mínimo, por el mantenimiento de uniformes obligatorios.

Existen otras disposiciones sobre pagos suplementarios en las ordenanzas industriales del Estado de Nueva York. Dichas disposiciones contienen una tarifa por trabajo a medio tiempo, trabajo diario casual, turnos divididos o por horas repartidas. Si un pago suplementario es pertinente o no, depende de las disposiciones regentes en el tipo de industria vinculada al trabajo en desempeño.

**Si necesita más información o si quiere presentar una queja por favor escriba o llame al Departamento del Trabajo División de Normas Laborales a cualquiera de las oficinas siguiente:**

State Office Building Campus
Albany, NY 12240
(518) 457-2730

44 Hawley Street
Binghamton, NY 13901
(607) 721-8014

65 Court Street
Buffalo, NY 14202
(716) 847-7141

400 Oak Street
Garden City, NY 11530
(516) 794-8195

75 Varick Street, 7th Floor
New York, NY 10013
(212) 775-3880

109 S. Union Street
Rochester, NY 14607
(585) 258-4550
(Subdistrict)

333 E. Washington Street
Syracuse, NY 13202
(315) 428-4057

120 Bloomingdale Road
White Plains, NY 10605
(914) 997-9521

For additional information:
www.labor.ny.gov

The New York State Department of Labor is an Equal Opportunity Employer/Program. Auxiliary aids and services are

DS0007277
Confidential
Case 6:14-cv-06698-JWF Document 48-11 Filed 07/14/15 Page 12 of 15

Confidential DS0007276

Post Conspicuously
New York State Department Of Labor

# ATTENTION EMPLOYEES
(ATENCIÓN EMPLEADOS)

## MINIMUM WAGE INFORMATION
(INFORMACIÓN SOBRE EL SALARIO MÍNIMO)

**Effective 12/31/14**
Basic Hourly Rate
**$8.75** per hour

**A partir 31/12/14**
Salario Mínimo
**$8.75** por hora

### Overtime Rate
ccupations, employees must be paid overtime after 40 hours of work in a week at 1½ times their hourly rate of pay. For residential employees, the overtime rate applies after 44 hours.

### Tips
A specified allowance may be credited toward the minimum wage for tips earned.

### Meals and Lodging
A specific credit may be granted toward the minimum wage for meals and/or lodging provided by the employer.

### Pago por horas extras
En la mayoría de puestos laborales, los empleados deben recibir una paga de tiempo y medio de la tarifa regular por hora cuando las horas trabajadas exceden las 40 horas semanales. Los empleados que residen en el sitio de trabajo, deben recibir una paga de tiempo y medio de su tarifa regular por hora en exceso de 44 horas semanales.

### Propinas
Se puede acreditar al salario mínimo una cantidad específica por las propinas ganadas.

### Comidas y Alojamiento
Se puede acreditar una cantidad específica al



# EXHIBIT I



**New York State Department of Labor**
Division of Labor Standards

# TIP APPROPRIATION

## SECTION 196-d OF THE NEW YORK STATE LABOR LAW

Section 196-d.  <u>Gratuities</u>.  No employer or his agent or an officer or agent of any corporation, or any other person shall demand or accept, directly or indirectly, any part of the gratuities, received by an employee, or retain any part of a gratuity or of any charge purported to be a gratuity for an employee.  This provision shall not apply to the checking of hats, coats or other apparel.  Nothing in this subdivision shall be construed as affecting the allowances from the minimum wage for gratuities in the amount determined in accordance with the provisions of article nineteen of this chapter nor as affecting practices in connection with banquets and other special functions where a fixed percentage of the patron's bill is added for gratuities which are distributed to employees, nor to the sharing of tips by a waiter with a busboy or similar employee.

---

FOR MORE INFORMATION, CALL OR WRITE THE NEAREST OFFICE OF THE DIVISION OF LABOR STANDARDS, OF THE NEW YORK STATE DEPARTMENT OF LABOR, LISTED BELOW:

| **Albany District** | **Binghamton District** | **New York City District** | **Garden City** |
| --- | --- | --- | --- |
| State Office Campus | Sub-District | 75 Varick Street | 400 Oak Street |
| Bldg. 12, Room 185A | 44 Hawley St. | 7th Floor | Suite 101 |
| Albany, NY  12240 | Room 909 | New York , NY  10013 | Garden City, NY  11530-6551 |
| (518) 457-2730 | Binghamton, NY  13901 | (212) 775-3880 | (516) 794-8195 |
|  | (607) 721-8014 |  |  |
| **Buffalo District** | **Rochester** | **Syracuse District** | **White Plains District** |
| 65 Court Street | Sub-District | 333 East Washington Street | 120 Bloomingdale Road |
| Room 202 | 109 S. Union Street | Room 121 | White Plains, NY  10605 |
| Buffalo, NY  14202 | Room 318 | Syracuse, NY  13202 | (914) 997-9521 |
| (716) 847-7141 | Rochester, NY 14607 | (315) 428-4057 |  |
|  | (585) 258-4550 |  |  |

DOL WEBSITE HOMEPAGE
www.labor.state.ny.us

LS-204 (09-07)